## WRIGHT *v.* FERRIN et al.

Defendant had been in possession of the land in controversy since 1836, under a preemption claim. Plaintiff claimed the land under a deed from *Millaudon*, to whom he alleged plaintiff had assigned the preemption claim. The verity of the assignment formed the *gist* of the action. The jury found for defendant and the court refused to disturb the verdict, principally upon the ground of the undisturbed po session of the land by defendants since 1836; the exclusion of warranty in the sale from *Millaudon* to plaintiff; the denial of the pretended transfer ; the suggestion of fraud ; the substitution of a copy for the original assignment, which could not be produced, and in which no price is stated. *Held :* That these, and other circumstances, cast a cloud upon the plaintiff's title, and that as he made no effort to disturb the verdict of the jury in the court below, he could not be relieved on his record ' on appeal.

THIS case was tried by a jury in the District Court of the Parish of Plaquemines, *Rousseau*, J.

*Foulhouse*, for plaintiff and appellant.  J. Q. *Bradford*, for defendant.

SPOFFORD, J.  The motion to dismiss the appeal in this case must prevail.

It is needless to notice other irregularities, when we observe that neither of the records contain any judgment purporting to have been signed by the District Judge.  C. P. 546.

Appeal dismissed.